# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144749

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE APPLICATION OF CONSUMERS
ENERGY COMPANY RE BIG ROCK
POINT PLANT

_____

CONSUMERS ENERGY COMPANY,
      Petitioner-Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
ASSOCIATION OF BUSINESSES ADVOCATING
TARIFF EQUITY, ATTORNEY GENERAL,
MICHIGAN ENVIRONMENTAL COUNCIL/
PUBLIC INTEREST RESEARCH GROUP IN
MICHIGAN, and ENERGY MICHIGAN, INC.,
      Appellees.

SC: 144749
COA: 296853
MPSC No: 00-015611

_____/

     On order of the Court, the application for leave to appeal the January 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

h0618